# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT R. REAN,<br>    #1675436 )<br>    )<br>    Plaintiff, )<br>    )<br>vs. )<br>    )<br>CITY OF LAS VEGAS, *et al.*, )<br>    )<br>    Defendants. )<br>    / | 2:10-cv-01094-RLH-RJJ<br><br>**ORDER** |

On August 4, 2010, plaintiff filed an *ex parte* motion for transport (docket #4) in this civil rights action. Such motion is completely unrelated to this action. If plaintiff seeks to challenge his place of custody, he must do so by filing a petition for writ of *habeas corpus* in his federal criminal case.

**IT IS THEREFORE ORDERED** that plaintiff's *ex parte* motion for transport (docket #4) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff a blank petition for writ of *habeas corpus* form with instructions.

DATED this   10th   day of           August          , 2010.

_____
ROGER L. HUNT
Chief United States District Judge