UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT R. REAN,
    #70571-65                         )
                                      )
        Plaintiff,                    )   2:10-cv-01094-RLH-RJJ
                                      )
vs.                                   )
                                      )   **ORDER**
CITY OF LAS VEGAS, *et al.*,          )
                                      )
        Defendants.                   )
                                      /

        On July 1, 2010, plaintiff submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff's application to proceed *in forma pauperis* is granted (docket #1). Plaintiff has indicated that he intends to file an amended complaint prior to this court's initial screening, and the Clerk sent plaintiff a blank section 1983 civil rights complaint form with instructions.

        **IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma pauperis* (docket #1) without having to prepay the full filing fee is **GRANTED**; plaintiff shall not be required to pay an initial installment fee. Nevertheless, the full filing fee shall still be due, pursuant to 28 U.S.C. § 1915, as amended by the Prisoner Litigation Reform Act of 1996. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order granting *in forma pauperis* status shall not extend to the

1  issuance of subpoenas at government expense.

2  **IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915, as amended by the
3  Prisoner Litigation Reform Act of 1996, Victorville Medium I Federal Correctional Institution shall pay
4  to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's
5  deposits to the account of Robert R. Rean, **Inmate No. 70571-65** (in months that the account exceeds
6  $10.00) until the full $350 filing fee has been paid for this action.  **The Clerk shall send a copy of this**
7  **order to the attention of Accounting Supervisor, FCI Victorville Medium I Federal Correctional**
8  **Institution, P.O. Box 5400, Adelanto, CA 92301.**

9  **IT IS FURTHER ORDERED** that, even if this action is dismissed, or is otherwise
10 unsuccessful, the full filing fee shall still be due, pursuant to 28 U.S.C. §1915, as amended by the
11 Prisoner Litigation Reform Act of 1996.

12 **IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff one copy of the
13 original complaint.

14 **IT IS FURTHER ORDERED** that if plaintiff chooses to file an Amended Complaint,
15 he shall clearly title the amended complaint as such by placing the words "FIRST AMENDED"
16 immediately above "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983" on page 1 in the caption, and
17 plaintiff shall place the case number, **2:10-CV-01094-RLH-RJJ**, above the words "FIRST
18 AMENDED"in the space for "Case No."

19 **IT IS FURTHER ORDERED** that if plaintiff chooses to file an Amended Complaint,
20 he shall file it within **thirty (30) days** from the date that this Order is entered.  The amended complaint
21 must be a complete document in and of itself, and will supersede the original complaint in its entirety.
22 Any allegations, parties, or requests for relief from prior papers that are not carried forward in the
23 amended complaint will no longer be before the court.

DATED this  20th  day of            October            , 2010.

_____
UNITED STATES MAGISTRATE JUDGE

2