# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT R. REAN,
#70571-65                                )
                                         )
     Plaintiff,                       )    2:10-cv-01094-RLH-RJJ
                                         )
vs.                                      )
                                         )    **ORDER**
CITY OF LAS VEGAS, *et al.*,             )
                                         )
     Defendants.                      )
_____/

        On July 1, 2010, plaintiff submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 8, 2010, plaintiff filed an *ex parte* motion for copies (docket #3) and on August 13, 2010, plaintiff filed a motion to receive free copies (docket #6). For good cause appearing, these two motions are denied.

        **IT IS THEREFORE ORDERED** that plaintiff's *ex parte* motion for copies (docket #3) and motion to receive free copies (docket #6) are **DENIED**.

        DATED this 20th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE