UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT RAYMOND REAN,           )
                               )
    Plaintiff,                 )    2:10-cv-1094-RLH-RJJ
                               )
vs.                            )
                               )
CITY OF LAS VEGAS, *et al*.,   )    O R D E R
                               )
    Defendant,                 )
_____)

    This matter is before the Court on Plaintiff Robert Raymond Rean's Ex Parte Motion For Alternative Service (#30).

    The plaintiff indicates the defendants are all employed at the Clerk County Detention Center but states that the named defendants "could not be located by City of Las Vegas." Plaintiff should attempt service again or obtain assistance to locate these defendants. Without a showing of due diligence, alternative service is not appropriate. Good cause appearing therefore,

    IT IS HEREBY ORDERED that Plaintiff Robert Raymond Rean's Ex Parte Motion For Alternative Service (#30) is **DENIED WITHOUT PREJUDICE**.

    DATED this   19th   day of January, 2011.


                                            _____
                                            ROBERT J. JOHNSTON
                                            United States Magistrate Judge