# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\* \* \***

| | |
|---|---|
| ROBERT RAYMOND REAN,        ) | Case No.: 2:10-cv-01094-RLH-RJJ |
| Plaintiff,        ) | **O R D E R** |
| vs.        ) | (Motion for Reconsideration–#39) |
| CITY OF LAS VEGAS, et al.,        ) | |
| Defendants.        ) | |

Before the Court is an Order (#35) entered by the Honorable Robert J. Johnston, Magistrate Judge, regarding Plaintiff Robert Rean's Motion for Alternative Service (#30).

Rean filed an Objection to Magistrate Judge Johnston's Order (#39) in accordance with Rule IB 3-1 of the Local Rules of Practice of the United States District Court for the District of Nevada (though he termed it as a motion for reconsideration). No party filed a Response to the Objection as Rean has yet to serve the relevant parties.

The Court has conducted a de novo review of the record in accordance with 28 U.S.C. § 636(b)(1)(A), (B), and (C) and Local Rule IB 3-1 and determines that the Order (#35) is not clearly erroneous or contrary to law and should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Order (#35) is AFFIRMED, Rean's Objections are overruled, and Rean's Motion for Alternative Service (#30) is DENIED.

Dated: June 21, 2011.

**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)