UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT RAYMOND REAN, | |
| Plaintiff, | 2:10-cv-1094-RLH–RJJ |
| vs. | |
| CITY OF LAS VEGAS, *et al*., | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiff's Motion for Order Overruling Objections to Interrogatories and Admissions and Compelling Discovery Pursuant to F.R.Civ.P. 37(A) (#58).

The Court having reviewed the Motion (#58) finds that Plaintiff failed to meet and confer prior to filing the motion as required by the rules. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Order Overruling Objections to Interrogatories and Admissions and Compelling Discovery Pursuant to F.R.Civ.P. 37(A) (#58) is **DENIED**.

DATED this  9th  day of August, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge