UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT RAYMOND REAN, | ) |
| Plaintiff, | ) 2:10-cv-1094-RLH–RJJ |
| vs. | ) |
| J. SEEM;<br>T. OLSON;<br>R. LEPORE;<br>WASHINGTON; and,<br>SGT. JUDD; | )<br>)<br>)<br>)  O R D E R |
| Defendant, | ) |

IT IS HEREBY ORDERED that a **hearing by telephone conference call is scheduled for September 12, 2011, at 10:00 AM** on the following motions:

1. Plaintiff's Motion for Order Issuing Subpoenas Duces Tecum (#54);

2. Plaintiff's Motion for Order Directing U.S. Marshals to Serve Subpoena Duces Tecum (#55);

3. Plaintiff's Motion for Order Directing U.S. Marshals to Serve Subpoena Duces Tecum (#56);

4. Plaintiff's Motion for Order Directing U.S. Marshals to Serve Subpoena Duces Tecum (#57); and;

5. Plaintiff's Motion for Service of Summons on Unserved Defendants (#67).

IT IS FURTHER ORDERED that defendant's counsel shall make all necessary arrangements with the institution where Plaintiff is incarcerated to insure the participation of the

1   Plaintiff, Robert Raymond Rean, in this conference call. The parties shall call into the court's
2   meet-me-line at (702)868-4906, conference code 123456.
3         DATED this  9th  day of August, 2011.

                                      _____
                                      ROBERT J. JOHNSTON
                                      United States Magistrate Judge