UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT RAYMOND REAN,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, *et al.*,<br><br>      Defendant, | 2:10-cv-1094–RLH-RJJ<br><br><br><br>O R D E R |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Motion for Appointment of Counsel (#73).

The Court having reviewed the Motion (#73) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Appointment of Counsel (#73) is **DENIED**.

DATED this   12th   day of August, 2011.

                                                                _____<br>
                                                                ROBERT J. JOHNSTON<br>
                                                                United States Magistrate Judge