# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ROBERT RAYMOND REAN, | ) | |
| Plaintiff(s), | ) | 2:10-cv-1094-RLH-RJJ |
| vs. | ) | **O R D E R** |
| CITY OF LAS VEGAS, *et al.*, | ) | |
| Defendant(s). | ) | |

Before the Court is an Order (#76) entered by the Honorable Robert J. Johnston regarding Plaintiff's Motion for Appointment of Counsel (#73).

Plaintiff filed an Objection to Judge Johnston's Order (#77) in accordance with Local Rule IB 3-1 of the Rules of Practice of the United States District Court for the District of Nevada, and this matter was referred for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(A), (B), and (C) and Local Rule IB 3-1 and determines that the Order of Magistrate Judge Johnston is not clearly erroneous or contrary to law and should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Order (#76) is AFFIRMED, Plaintiff's Objection (#77) is overruled, and Plaintiff's Motion to Appointment of Counsel (#73) is denied.

Dated:   October 11, 2011.

_____
ROGER L. HUNT
U.S. District Judge