# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ROBERT RAYMOND REAN,

      Plaintiff(s),

vs.

CITY OF LAS VEGAS, *et al.,*

      Defendant(s).

2:10-cv-1094-RLH-RJJ

**O R D E R**

      Before the Court is an Order (Minutes of Proceedings #81) entered on September 14, 2011, by the Honorable Robert J. Johnston, denying Plaintiff's Motion for Service of Summons (#67).

      Plaintiff filed an Objection to Judge Johnston's Order (#82) in accordance with Local Rule IB 3-1 of the Rules of Practice of the United States District Court for the District of Nevada, and this matter was referred for consideration.

      The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(A), (B), and (C) and Local Rule IB 3-1 and determines that the Order of Magistrate Judge Johnston is not clearly erroneous or contrary to law and should be affirmed.

      IT IS THEREFORE ORDERED that Magistrate Judge Johnston's Order (#81) is AFFIRMED, Plaintiff's Objection (#82) is overruled, and Plaintiff's Motion for Service of Summons (#67) is denied.

      Dated:   October 25, 2011.

_____
**ROGER L. HUNT**
**U.S. District Judge**