UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT RAYMOND REAN, | |
| Plaintiff, | 2:10-cv-1094-RLH-RJJ |
| vs. | |
| CITY OF LAS VEGAS, *et al.*, | O R D E R |
| Defendant, | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Request for Relief (#101).

The Court having reviewed the Request (#101) finds that no relief has been requested by the Plaintiff. Therefore,

IT IS HEREBY ORDERED that Plaintiff's Request for Relief (#101) is DENIED WITHOUT PREJUDICE.

DATED this   9th   day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge