UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT RAYMOND REAN,

    Plaintiff,

vs.

CITY OF LAS VEGAS, *et al.*,

    Defendant,

2:10-cv-1094-RLH-RJJ

O R D E R

    This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Request for Relief (#101).

    The Court having reviewed the Request (#101) finds that no relief has been requested by the Plaintiff. Therefore,

    IT IS HEREBY ORDERED that Plaintiff's Request for Relief (#101) is DENIED WITHOUT PREJUDICE.

    DATED this  9th  day of April, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge