UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ROBERT RAYMOND REAN, | ) | |
| Plaintiff, | ) ) | 2:10-cv-1094-RLH-RJJ |
| vs. | ) ) | |
| CITY OF LAS VEGAS, *et al.*, | ) ) | O R D E R |
| Defendant, | ) ) | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Motion for Leave to Convene A Court-Mediated Settlement Conference (#103).

The Court having reviewed the Motion (#103) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing by telephone conference call is scheduled for April 23, 2012, at 9:00 A.M. on Plaintiff's Motion for Leave to Convene A Court-Mediated Settlement Conference (#103).

IT IS FURTHER ORDERED that counsel for defendants shall make all necessary arrangements with the facility where Plaintiff is incarcerated to ensure the Plaintiff's participation in this conference call. The parties are directed to call into the court's meet me line at (702) 868-4921.

DATED this __9th__ day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge